JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

LICONG WEI,

          Petitioner,

     v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER, et al.,

        Respondents.

No. 5:26-cv-03064-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. Petitioner reports that she has been released from Respondents' custody. (ECF 11.) The Court therefore directs the Clerk of Court to close this case.

DATED: ___06/22/2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE